FILE COPY

IN THE SUPREME COURT OF TEXAS
-- -- -- --
07-12-00192-CV

**FILED**

April 24, 2014

Seventh Court of Appeals
Peggy Culp
Clerk

NO. 14-0096

| | |
|---|---|
| **BOB E. WOODY, THE RANCH, LLC AND HECTOR H. CARDENAS, JR.** | § § § § |
| **v.** | § |
| **J. BLACK'S, LP AND J. BLACK'S, GP, LLC** | § § § |

**Travis County,**

**7th District.**

**March 14, 2014**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.



★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, BOB E. WOODY, THE RANCH, LLC AND HECTOR H. CARDENAS, JR., pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 24th day of April, 2014.

Blake A. Hawthorne, Clerk

By Kathy Sandoval, Deputy Clerk